UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMAL ADAMSON,

               Movant,          24 **CIVIL** 5235 (GHW)
                                                      19 **CR.** 702-1 (GHW)

   -against-

                                                  **JUDGMENT**

UNITED STATES OF AMERICA,

               Respondent.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 4, 2025, Mr. Adamson's petition is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Mr. Adamson has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253.  Judgment is entered for the Respondent; accordingly, Mr. Adamson's civil action, Jamal Adamson v. United States, Case No. 1:24-cv-5235-GHW is closed.

**DATED:**  New York, New York
             September 5, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                        **BY:**        *K. Mango*

                                                      **Deputy Clerk**